UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:  CASE NO: 3:13-bk-04867-JAF

VICKIE J CORDER

Chapter 13

Debtor

### MOTION TO DISMISS FOR FAILURE TO PROVIDE INFORMATION

COMES NOW Douglas W. Neway, Chapter 13 Standing Trustee, and moves the Court to dismiss the above captioned case because the Debtor failed to provide proof of filing the 2010, 2011 and 2012 federal income tax returns as required by 11 U.S.C. §§521(e)(2) and 1308.

### NOTICE OF PRELIMINARY HEARING

PLEASE TAKE NOTICE  that a preliminary hearing on the Trustee's Motion to Dismiss for Failure to Provide Information will be held in **Courtroom 4D**, 4th Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida, 32202 on **October 22, 2013 at 1:30 p.m.**

1. The hearing may be continued upon announcement made in open court without further notice.

2. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

3**. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires all persons appearing in court should dress in appropriate business attire consistent with their financial abilities . Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.**

4. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

Respectfully submitted this 9th day of October, 2013.

/s/ Douglas W. Neway

DOUGLAS W. NEWAY, Trustee
Florida Bar No. 709948
Post Office Box 4308
Jacksonville, Florida  32201-4308
Phone: (904) 358-6465
Fax: (904) 634-0038

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2013, I mailed a copy of this motion and notice to all interested parties.

/s/ Douglas W. Neway

Douglas W. Neway, Trustee

```
Label Matrix for local noticing       BANK OF AMERICA, N.A.                 Vickie J. Corder
113A-3                                 Florida Foreclosure Attorneys, PLLC  6122 Bartram Springs Dr.
Case 3:13-bk-04867-JAF                 c/o Frank J. Gomez, Esquire          Jacksonville, FL 32258
Middle District of Florida             4855 Technology Way, Suite 500
Jacksonville                           Boca Raton, FL 33431-3352
Wed Oct  9 07:43:34 EDT 2013

Recovery Management Systems Corp.      Bank of America Home Loans           Chase Cardmember Services
Attn: Ramesh Singh                     P.O. Box 961206                      P.O. Box 15548
25 SE Second Avenue, Ste 1120          Fort Worth, TX 76161-0206            Wilmington, DE 19886-5548
Miami, FL 33131-1605


City of Jacksonville                   Compass Bank                         Compass Bank
117 West Duval Street Ste. 480         P.O. Box 10566                       P.O. Box 830696
Jacksonville, FL 32202-5721            Birmingham, AL 35296-0001            Birmingham, AL 35283-0696


Compass Bank (Real Estate/Other)       Duval County Tax Collector           Florida Dept. of Revenue
P.O. Box 201347                        231 Forsyth St.  #130                Bankruptcy Unit
Arlington, TX 76006-1347               Jacksonville FL 32202-3380           P.O. Box 6668
                                                                            Tallahassee, FL 32314-6668


Frederick J. Hanna & Assoc.            Hyundai Motor Finance                Internal Revenue Service
1427 Roswell Road                      P.O. Box 650805                      PO Box 7346
Marietta, GA 30062-3668                Dallas, TX 75265-0805                Philadelphia, PA  19101-7346


LTD Financial Services                 McCalla Raymer LLC                   Phillip & Cohen Associates
7322 Southwest Freeway Ste 1           225 E. Robinson St. Ste. 660         P.O. Box 5790
Houston, TX 77074-2010                 Orlando, FL 32801-4321               Hauppauge, NY 11788-0164


Recovery Management Systems Corporation Shell Card Center                   United States Attorney
25 S.E. 2nd Avenue, Suite 1120         P.O. Box 8406                        300 North Hogan St Suite 700
Miami, FL 33131-1605                   Sioux Falls, SD 57117                Jacksonville, FL 32202-4204


Wells Fargo Home Mortgage              Wendell Finner +                     United States Trustee - JAX 13/7 7+
P.O. Box 14411                         Wendell Finner, PA                   Office of the United States Trustee
Des Moines, IA 50306-3411              340 3rd Ave S. Suite A               George C Young Federal Building
                                       Jacksonville Beach, FL 32250-6767    400 West Washington Street, Suite 1100
                                                                            Orlando, FL 32801-2217


Compass Bank +                         Douglas W. Neway +                   Joseph B Battaglia +
P.O. Box 201347                        P O Box 4308                         Ronald R. Wolfe & Associates, P.L.
Arlington, TX 76006-1347               Jacksonville, FL 32201-4308          P.O. Box 25018
                                                                            Tampa, FL 33622-5018


Frank Jose Gomez +                     Note: Entries with a '+' at the end of the
Florida Foreclosure Attorneys, PLLC    name have an email address on file in CMECF
4855 Technology Way, Suite 500
Boca Raton, FL 33431-3352
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk  
Jacksonville

(u)Wells Fargo Bank, N.A.

End of Label Matrix  
Mailable recipients    28  
Bypassed recipients     2  
Total                  30